An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER FALCONI,
Appellant,
vs.
MONICA ANN FARRAR,
Respondent.

No. 64551

**FILED**

OCT 0 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed without the requisite filing fee. On August 8, 2014, this court denied appellant's motion seeking leave to proceed in forma pauperis, and directed appellant to pay the filing fee within ten days or this appeal would be dismissed. On September 23, 2014, appellant filed a declaration regarding his financial status, in which he asserts that he has been "compelled to retain counsel in the underlying action" and that advertisement income from a website is "minimal." The declaration is untimely and fails to establish that appellant is indigent. Appellant did not pay the filing fee as ordered. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.[1]

_____, C.J.

---

[1] In light of this order, any pending motions are rendered moot.

Supreme Court
of
Nevada

(O) 1947A

14-33247

cc: Hon. Chuck Weller, District Judge, Family Court Division
Alexander Falconi
Fry & Berning, LLC
Washoe District Court Clerk